185 So. 923

**Ed JOHNSON v. STATE.**

6 Div. 416.

Court of Appeals of Alabama.

Dec. 20, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

176 So. 923

**Edd JOHNSON v. STATE.**

8 Div. 536.

Court of Appeals of Alabama.

Oct. 26, 1937.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

186 So. 920

**Grady JOHNSON v. CITY OF ANNISTON.**

7 Div. 403.

Court of Appeals of Alabama.

Jan. 17, 1939.

Jas. L. Carter, of Anniston, for appellant.

H. H. Evans, of Anniston, for appellee.

RICE, Judge.

Affirmed.

180 So. 899

**Griffith JOHNSON v. STATE.**

7 Div. 363.

Court of Appeals of Alabama.

April 12, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

188 So. 924

**Ike JOHNSON v. STATE.**

6 Div. 430.

Court of Appeals of Alabama.

May 16, 1939.

Mayfield & Mayfield, of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.